Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BEVERLY PERRY, | ) | CASE NO: 3:21-cv-02016-JRK |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| AUGLAIZE INDUSTRIES, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel S. Dubow* | */s/ Nelson D. Cary* |
| Daniel S. Dubow (0095530) | Nelson D. Cary (0073559) |
| Spitz, The Employee's Firm | Vorys, Sater, Seymour and Pease LLP |
| 25825 Science Park Drive, Suite 200 | 52 East Gay Street |
| Beachwood, OH  44122 | Columbus, Ohio 43215 |
| Phone: (216) 291-4744 | Phone: (614) 464-6396 |
| Fax: (216) 291-5744 | Facsimile: (614) 719-4848 |
| daniel.dubow@spitzlawfirm.com | Email: ndcary@vorys.com |
| | |
| *Attorney for Plaintiff* | *Counsel for Defendants Auglaize Industries, Inc. and Rick Davis* |